UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                      :
GEORGE BABUADZE,                                                      :
                                                                      :
                                        Plaintiff,                   :        26-CV-0490 (JAV)
                                                                      :
                  -v-                                                 :        ORDER
                                                                      :
TRANS UNION LLC,                                                      :
                                                                      :
                                        Defendant.                   :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        The Complaint in this case was filed with the Court on January 20, 2026, *see* ECF No. 1,

but the docket does not reflect that the Complaint was ever served on Defendant.  On April 24,

2026, the Court ordered Plaintiff to show good cause in writing why service of the summons and

Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of

Civil Procedure — or, if Plaintiff believed service had been made, to demonstrate when and in

what manner service *was* made within the 90 days.  *See* ECF No. 2.  The Court notified Plaintiff

that if he did not show good cause — or file anything — by May 8, 2026, the Court would

dismiss the Complaint.  *Id.*  Plaintiffs did not file anything by the deadline.

        Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of

the Federal Rules of Civil Procedure.  Any pending motions are moot.  All conferences are

canceled.  The Clerk of Court is directed to close the case.

        SO ORDERED.

Dated:  May 11, 2026                           _____
        New York, New York                     JEANNETTE A. VARGAS
                                               United States District Judge